SCPW-15-0000341

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MICHAEL YELLEN, Petitioner,

vs.

THE HONORABLE GLENN HARA, JUDGE OF THE CIRCUIT COURT OF THE THIRD CIRCUIT, STATE OF HAWAIʻI, Respondent Judge.

---

ORIGINAL PROCEEDING
(CG NO. 14-1-0001)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Mike Yellen's petition for a writ of mandamus, the documents attached thereto and submitted in support thereof, and the record, it appears that Petitioner is not a party to the underlying guardianship/ conservatorship proceeding and fails to demonstrate that he has a clear and indisputable right to relief, that he lacks alternative means to seek relief, or that the Respondent Judge's actions amount to a flagrant and manifest abuse of discretion. Petitioner, therefore, is not entitled to a writ of mandamus. See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and

indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action); <u>Honolulu Advertiser, Inc. v. Takao</u>, 59 Haw. 237, 241, 580 P.2d 58, 62 (1978) (a writ of mandamus is not intended to supersede the legal discretionary authority of the trial courts, cure a mere legal error, or serve as a legal remedy in lieu of normal appellate procedure).  Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, August 13, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2